# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-0799
Lower Tribunal No. 2018 DR 3941

_____

DAVID AWAD,

Appellant,

v.

WINDY G. EZELLE,

Appellee.

_____

Appeal from the Circuit Court for Osceola County.
Laura Shaffer, Judge.

November 7, 2025

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

TRAVER, C.J., and WOZNIAK and BROWNLEE, JJ., concur.


David Awad, Summerville, South Carolina, pro se.

Windy G. Ezelle, Okeechobee, pro so.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED